**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RUKSINA SRITHONGTAE,

Plaintiff,

Case No.: 1:26-cv-14419

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Xmqpzg |
| 2 | YCML E-commerce Co.,Ltd |
| 3 | FunHomie |
| 4 | ZhiZhend |
| 5 | CUNEXTTIME |
| 6 | tongshanxianhongshengyanmaoyiyouxiangongsi |
| 7 | InnovPresent |
| 8 | jiajiangjun11 |
| 9 | ShoPen |
| 10 | ZhoLing |
| 11 | mimizhi |
| 12 | LZMtacase |
| 13 | azkiju |
| 14 | Jshazhu |
| 15 | OFIHANLY |
| 16 | PODCustomGifts2024 |
| 17 | guangzhoulixianglishangmaoyouxiangongsi |
| 18 | Livcoz |
| 19 | LoMall |
| 20 | Xiamenkunyuanshundianzishangwuyouxiangongsi |
| 21 | KAXVZER |
| 22 | linjianbintingfeng1 |
| 23 | HZOHNAGO |
| 24 | CHENGSHIYI |
| 25 | Xingxing100 |
| 26 | HUAYIDIANZI |

| | |
|---|---|
| 27 | Cranranshengqi |
| 28 | TOYOVA |
| 29 | NIxux |
| 30 | Xincheng Trading Co.Ltd. |
| 31 | zefengshangmao |
| 32 | huangruiyu |