AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-14419 | DATE FILED<br>11/19/2026 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Ruksina Srithongtae | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Martinez | 11/20/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Print Save As... Reset

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-480-278**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 02, 2026

## Title

**Title of Work:** Playful Bee and Sunflowers

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012606



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-480-273**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 02, 2026

## Title

**Title of Work:** Citrus Fruit and Leaf Decorative Design

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 21, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012603



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-480-348**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 02, 2026

## Title

**Title of Work:** Playful Bees on Checkered Background

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 26, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012607



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-487-544**

**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
March 05, 2026

## Title

**Title of Work:** Whimsical Sunflowers on Blue Stripes

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012609



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-480-272**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 02, 2026

## Title

**Title of Work:** Cute Dogs with Flower Crowns Artwork

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 07, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012604


HAVE A NICE DAY

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-480-281**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 02, 2026

## Title

**Title of Work:** Dog Grooming Cartoon with Bubbles

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 16, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012605


Grooming

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-485-605**
**Effective Date of Registration:**
January 26, 2026
**Registration Decision Date:**
February 25, 2026

## Title

**Title of Work:** Playful Cat with Rubber Duck Design

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 18, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruksina Srithongtae
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Ruksina Srithongtae
Unit 3/42 Church St, North Hobart, 7000, Australia

## Rights and Permissions

**Name:** Ruksina Srithongtae
**Email:** ruksina.sai@gmail.com
**Address:** Unit 3/42 Church St
North Hobart 7000 Australia

## Certification

**Name:** David Denholm
**Date:** January 26, 2026
**Applicant's Tracking Number:** RS2026012608

